IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JUDY HARWARD and<br>BRENT HARWARD et al.,<br>    *Plaintiffs,*<br><br>v.<br><br>CITY OF AUSTIN and<br>AUSTIN COMMUNITY COLLEGE,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 1:21-cv-00095-RP<br>§<br>§<br>§<br>§ |

**ORDER GRANTING DEFENDANT CITY'S UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

On this day came to be heard Defendant City of Austin's Unopposed Motion to Extend Deadline to Answer or Otherwise Respond to Plaintiffs' Complaint. Having considered the motion and noting that it is unopposed, the Court finds that it should be and accordingly is GRANTED.

It is therefore ORDERED that Defendant City of Austin, Texas's deadline to answer or otherwise respond to Plaintiffs Complaint (Dkt. 1) under Rule 12(a)(1)(A)(i) is hereby extended from February 23, 2021 to March 25, 2021.

SIGNED this _____ day of _____, 2021.

_____
THE HONORABLE ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE