IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUDY HARWARD AND<br>BRENT HARWARD et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | CASE NO. 1:21-CV-00095 |
| CITY OF AUSTIN, | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING AGREED MOTION TO EXTEND SCHEDULING ORDER DEADLINE**

On this day, the Court considered the parties' Joint Motion to Extend Scheduling Order Deadline. The Court, having noted that the relief requested is agreed, is of the opinion that the Motion should be granted.

It is ORDERED that parties may file motions to amend or supplement pleadings, or to join additional parties, on or before August 13, 2021.

SIGNED on this _____ day of August, 2021.

_____
JUDGE PRESIDING