IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUDY HARWARD, BRENT HARWARD, 3325 WESTLAKE OWNERS, LLC, et al., | § § § § § | |
| Plaintiffs, | § § | 1:21-CV-95-RP |
| v. | § § | |
| CITY OF AUSTIN | § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

On September 28, 2022, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Defendant City of Austin's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), (Dkt. 41). (R. & R., Dkt. 69). The Court's Order dismissed plaintiffs' claims without prejudice for lack of jurisdiction and mooted all other pending motions. (Dkt. 74).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on September 29, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE