IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUDY HARWARD AND<br>BRENT HARWARD et al., | )<br>)<br>) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | CASE NO. 1:21-CV-00095 |
| | ) | |
| CITY OF AUSTIN and<br>AUSTIN COMMUNITY COLLEGE, | )<br>)<br>) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF APPEAL**

All plaintiffs appeal the Court's final judgment (Doc. 75) to the United States Court of Appeals for the Fifth Circuit.

As provided by Rule 3 of the Federal Rules of Appellate Procedure, this notice of appeal encompasses all orders that, for purposes of appeal, merge into the Court's judgment. These include but are not limited to the Court's order (Doc. 74) that adopted the report and recommendation of the United States Magistrate Judge, granted the City of Austin's Rule 12(b)(1) and 12(b)(6) motion to dismiss, and denied Plaintiffs' motion for summary judgment as moot.

Respectfully submitted,

_/s/ Christopher S. Johns_
Christopher S. Johns
Texas Bar No. 24044849
JOHNS & COUNSEL PLLC
2028 East Ben White Boulevard
Suite 240-1000
Austin, Texas 78741
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com

Ernest A. Young
Texas Bar No. 00791972
3208 Fox Terrace Drive
Apex, North Carolina 27502
919-360-7718
young@law.duke.edu

Lorri Michel
Texas Bar No. 14009460
MICHEL | GRAY | ROGERS LLP
812 West 11th Street, Suite 301
Austin, Texas 78701
512-477-0200
512-477-6636 fax
lorri@michelgray.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Hannah M. Vahl
Texas Bar No. 24082377
Kelly Davis
Texas Bar No. 24069578
Brandon Mickle
Texas Bar No. 24123140
CITY OF AUSTIN LAW DEPARTMENT
P. O. Box 1546
Austin, Texas 78167
512-974-2346
512-974-1311 fax
hannah.vahl@austintexas.gov
kelly.davis@austintexas.gov
brandon.mickle@austintexas.gov

*Counsel for Defendant City of Austin*

                                           /s/ Christopher S. Johns
                                           Christopher S. Johns