IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Judy Harward et al., | § | |
| *Plaintiffs*, | § | |
| vs. | § | 1:21-cv-00095-RP |
| City Of Austin, | § | |
| *Defendant*. | § | |

**ORDER**

On December 22, 2023, the U.S. Court of Appeals for the Fifth Circuit issued a mandate affirming in part, reversing in part, and remanding in part to the District Court for further proceedings. The parties or counsel acting on their behalf are **ORDERED** to appear before U.S. Magistrate Judge Dustin Howell for a status conference at 2:00 pm on Tuesday, February 13, 2024, in Courtroom 3 of the United States Courthouse, 501 West Fifth Street, Austin, TX. The parties should be prepared to discuss at the hearing the issues remaining on remand and to propose a briefing schedule to address those issues.

**SIGNED** January 9, 2024

                                                        DUSTIN M. HOWELL
                                                        UNITED STATES MAGISTRATE JUDGE