IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUDY HARWARD and<br>BRENT HARWARD et al., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | CIVIL ACTION |
| v. | )<br>) | CASE NO. 1:21-CV-00095 |
| CITY OF AUSTIN, | )<br>)<br>) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF**
**THIRD AMENDED SCHEDULING ORDER**

Plaintiffs and Defendant City of Austin hereby jointly file this motion requesting entry of their proposed Third Amended Agreed Scheduling Order and in support respectfully show as follows:

1. Pursuant to the status conference held before the Honorable Dustin M. Howell on February 13, 2024, the parties respectfully request entry of their proposed amended scheduling order shared during the status conference.

**RELIEF REQUESTED**

The parties respectfully request that the Court approve and enter their proposed Third Amended Agreed Scheduling Order.

Respectfully submitted,

 /s/ Hannah M. Vahl
Hannah M. Vahl
Texas Bar No. 24082377
Brandon Mickle
Texas Bar No. 24123140
Kelly Davis
Texas Bar No. 24069578
CITY OF AUSTIN LAW DEPARTMENT
P. O. Box 1546
Austin, Texas 78167
512-974-2346
512-974-1311 fax
hannah.vahl@austintexas.gov
brandon.mickle@austintexas.gov
kelly.davis@austintexas.gov

*Counsel for Defendant*

 /s/ Christopher S. Johns
Christopher S. Johns
Texas Bar No. 24044849
Bill Cobb
Texas Bar No. 00796372
COBB & JOHNS PLLC
13341 West U.S. Highway 290
Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
chris@cobbjohns.com
bill@cobbjohns.com

Ernest A. Young
Texas Bar No. 00791972
3208 Fox Terrace Drive
Apex, North Carolina 27502
919-360-7718
young@law.duke.edu

Lorri Michel
Texas Bar No. 14009460
MICHEL | GRAY | ROGERS LLP
812 West 11th Street, Suite 301
Austin, Texas 78701
512-477-0200
lorri@michelgray.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Hannah M. Vahl
Kelly Davis
Brandon Mickle
CITY OF AUSTIN LAW DEPARTMENT
P. O. Box 1546
Austin, Texas 78167
512-974-2346
512-974-1311 fax
hannah.vahl@austintexas.gov
kelly.davis@austintexas.gov
brandon.mickle@austintexas.gov

                /s/ Christopher S. Johns
                Christopher S. Johns