IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUDY HARWARD, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:21-CV-95-RP |
| | § | |
| CITY OF AUSTIN, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

On February 7, 2025, the Court issued an order adopting United States Magistrate Judge Dustin Howell's report and recommendation concerning Defendant City of Austin's ("Defendant") motion to dismiss, (Dkt. 86). (R. & R., Dkt. 94; Order, Dkt. 104). The Court granted Defendant's motion and dismissed Plaintiffs' claims without prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 10, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE